**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| FIANNA FAMILY DENTISTRY, PLC, individually and on behalf of other similarly situated. | : <br> : CIVIL ACTION FILE NO. 2:21-cv-2136-PKH <br> : |
| Plaintiff, | : |
| v. | : |
| MEDEX WASTE INC. | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs.

PLAINTIFF

By: */s/ Anthony I. Paronich*
    Anthony Paronich, *pro hac vice*
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone:  (617) 485-0018
    Facsimile:   (508) 318-8100
    Email: anthony@paronichlaw.com

DEFENDANT

By: /s/ Jeremy M. Thomas
    Jeremy M. Thomas, No. 01136
    GIBSON & THOMAS, P.A.
    317 W. Hale Ave., P.O. Box 686
    Osceola, AR 72370
    Telephone: (870) 563-3700
    Facsimile: (870) 563-3714
    Email: gibsonandthomas@sbcglobal.net