IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Fianna Family Dentistry, PLC     PLAINTIFF

V.     2:21-2136

MedEx Waste, Inc.     DEFENDANT

### CLERK'S ORDER OF DISMISSAL

The Plaintiff has filed a Stipulation of Dismissal (document #17) pursuant to Rule 41 (a)(1)(A)(ii) Federal Rules of Civil Procedure.

IT IS ORDERED hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT
JAMIE GIANI, CLERK

By: /s/ Jessica Michael
Deputy Clerk